**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

**MINUTE SHEET
OF COURT PROCEEDINGS**



| | | | |
|---|---|---|---|
| Date: | 4/23/2026 | Type of Hearing: | Status (Discovery) Conference |
| Judge: | Marc T. Treadwell | Court Reporter: | Darlene Fuller |
| Courtroom Deputy: | Beverly Lillie | | |
| Courtroom: | A | | |

**Case Number:  5:25-cv-402 (MTT)**

| | | |
|---|---|---|
| Keshel S. Coates | Counsel: | Pro Se |
| v. | | |
| Superintendent Carrie Jane Williamson, et al. | Counsel: | Wiley A Wasden, III<br>Benjamin Daly Summerlin |

*Disclaimer:  Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR: 28 minutes**

| | |
|---|---|
| 9:56am | Called to order.  Identification of parties.  Preliminary remarks by the Court regarding agenda for today's hearing. Review of summary of case status. |
| 10:03am | Court denied plaintiff's motion for reconsideration (ECF 34). |
| 10:04am | Discussion regarding plaintiff's litigation background. Discussion regarding plaintiff's use of online attorney. Discussion regarding the use of AI. |
| 10:09am | The Court then proceeded with the discovery conference.  Copy of Rule 26 given to the parties.  The Court explained discovery process and the scope of discovery.  The Court addressed the parties regarding expectations on how the discovery process shall proceed.  The Court will issue a Scheduling / Discovery Order.  Initial disclosures are due 5/8/2026. Discovery deadline is 10/20/2026.  Dispositive and *Daubert* motions are due 11/19/2026.  The Court advised the proper procedure for contacting the Court.  Discussion regarding motions to compel. Discussion regarding requesting a telephone conference with the Court if there is a discovery dispute the parties cannot resolve.  The Court afforded the parties an opportunity to ask questions.  The Court confirmed discovery starts today. |
| 10:24am | Adjourned. |