**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **KESHEL S. COATES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:25-cv-402 (MTT)** |
| | ) | |
| **ROMAN CATHOLIC DIOCESE OF SAVANNAH, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

Plaintiff Keshel Coates, proceeding pro se, moves to extend the discovery deadline and for sanctions arising from efforts to schedule depositions. ECF 64; 65. According to Plaintiff, the parties have been unable to resolve discovery disputes and have not taken any depositions. ECF 64 at 1. All issues regarding the scheduling of depositions should be capable of resolution by civil and cooperating parties without court intervention. Nevertheless, the Court will schedule a hearing for **Tuesday, October 13 at 2:00 p.m.** The Court will cancel the hearing if the parties come to an agreement. If the parties do not reach an agreement, the Court will impose sanctions on the noncooperating party.

Plaintiff's motion for sanctions (ECF 65) is **DENIED**. The emails attached to Plaintiff's motion hardly suggest that Defendants are entirely at fault. *See* ECF 65-2. The parties shall agree to bear their own costs for discovery, and there will be no "fee shifting" for the payment of court reporters. In addition, the parties shall exchange deposition exhibits in advance of depositions.

Plaintiff's motion to extend discovery (ECF 64) is **GRANTED**. Discovery shall be complete no later than December 4, 2026. Dispositive and *Daubert* motions are due no later than January 3, 2027.

**SO ORDERED**, this 5th day of October, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT